# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K.L.,** | : CIVIL ACTION |
| | : |
| Plaintiff(s), | : |
| | : |
| v. | : No. 1:25-cv-00889 |
| | : |
| **MADHU LILA LLC, TRADING AS** | : JURY TRIAL DEMANDED |
| **TRAVELODGE OF CARLISLE, ET AL.** | |
| | : |
| Defendant(s) | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Ryan P. Dickinson, Esq. on behalf of Plaintiff, K.L.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: 4/23/2026
*/s/ J. Alexander Marcinko*
4503 N. Front Street
Harrisburg, PA 17110
Phone: 800.706.2764
Fax: 717.525.9143
Alex@vca.law
TeamD@vca.law