**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **K.L.** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. **1:25-cv-00889** |
| | : | |
| **MADHU LILA LLC, ET. AL.** | : | |
| | : | |
| Defendants. | : | |

# NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Amy Mathieu as counsel of record for Plaintiff K.L. in the above captioned matter.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: **11/5/2026**
.

*s/Amy Mathieu*

Amy Mathieu, Esq. (PA Bar No.: 323093)
4503 North Front Street, Harrisburg, PA 17110
Ph: 800.706.2764 | Fax: 717.525.9143
amy@vca.law
*Attorney for Plaintiff*

## CERTIFICATION REGARDING CONFIDENTIAL INFORMATION

I certify that this filing complies with the provision of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

**ANDREOZZI + FOOTE**

*s/ Amy Mathieu*
Amy Mathieu, Esq. (PA Bar No.: 323093)

## CERTIFICATE OF SERVICE

The below individual with the firm of Andreozzi + Foote, hereby certifies that I served a copy of the foregoing document upon all counsel of record via this court's CM/ECF filing system.

Date: **11/5/2026**

*/s/Amy Mathieu*